PMC/AET 2020R00150
JTM 12.14.21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. BPG 22Cr0004 |
| v. | (Toxic Substances Control Act, 15 U.S.C. §§ 2615(b), 2689; Aiding and Abetting, 18 U.S.C. § 2) |
| DAVID GILLIS, | |
| Defendant | |

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JAN 1 2 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

### INFORMATION

### COUNT ONE
(Toxic Substances Control Act)

The United States Attorney for the District of Maryland charges that:

From at least in or about December 2016 and continuing though in or about December 2017, in the District of Maryland, the defendant,

**DAVID GILLIS,**

did knowingly and willfully fail to comply and cause others to fail to comply with the work practice standards for lead-based paint activities set forth in 40 C.F.R. Part 745 and the Code of Maryland Regulations, Chapter 26.16.02.05, to wit: fail to test for the presence of lead-based paint in all required areas and components of target housing; fail to document the presence of lead-based paint in target housing; and issue a certificate of lead-free housing without verifying that all painted interior and exterior surfaces of the property were lead free.

15 U.S.C. §§ 2615(b), 2689
40 C.F.R. § 745.227
COMAR 26.16.02.05A
18 U.S.C. § 2

*Erek Barron* /AT
Erek L. Barron
United States Attorney

January 12, 2022